No. 01–6019. FIGUEROA-GARCIA v. UNITED STATES; CEZBERG-LOARCA, AKA LOPEZ, AKA LOARCA v. UNITED STATES; and DIAZ-PINEDA, AKA DIAZ-PENETHA v. UNITED STATES. C. A.

9th Cir. Certiorari denied. Reported below: 10 Fed. Appx. 569 (first judgment); 14 Fed. Appx. 881 (second judgment).